# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:18-MJ-02959 | November 8, 2018 9:00 a.m. | Eric Rodriguez & Beatris Ortiz |

Inventory made in the presence of: ATF SA Monica Lozano/ ATF SA Jason Hammond

Inventory of the property taken and name of any person(s) seized:

The following items were seized from the residence of Eric Rodriguez (DOB ▓▓▓▓) located at 11754 Stockton Street, Adelanto, California:
Three (3) Glock pistol magazines from inside safe in master bedroom closet
Ammunition found inside Glock pistol magazines from inside safe in master bedroom closet
One (1) Taser, Serial Number: P1-009081 with three (3) cartridges from inside safe in master bedroom closet
One (1) Glock pistol, Model 23, Serial Number: GZF180 with one pistol magazine found inside safe in master bedroom closet
One (1) black, JAVA bag containing Bushmaster rifle, AR type magazines, and AR15 type tool found in attic
One (1) Bushmaster Model XM15-E25, SN: BK5032055 with scope found inside attic
Three (3) AR-type magazines found inside JAVA bag found inside attic
One (1) AR type tools (found inside outer pocket of JAVA bag) found inside attic
One (1) firing pin found beneath the entrance to the attic crawl space
White, large garbage trash bag containing suspected Marijuana found inside attic
One (1) black tote bag containing approximately $13,500 in U.S. Currency found inside master bedroom
One (1) set of brass knuckles found on top of dining room glass cabinet
One (1) white envelope containing an undetermined amount of U.S. Currency found inside black purse underneath dining table.
One (1) Bank of America Deposit Customer Receipt for $1,000.00 and one (1) United States Postal Service Money Order Customer's Receipt for $1,000.00 inside of black purchase under dining room table
One (1) small glass jar containing suspected Marijuana found on top of living room coffee table
Two (2) clear plastic bags and one (1) black plastic bag containing suspected marijuana found inside garage
Twenty (20) boxes of suspected Marijuana pods found in dresser drawer in garage
One (1) clear jar containing suspected Marijuana found in garage
One (1) set of silver handcuffs, two (2) handcuff keys and one (1) handcuff case found on work bench in garage
One (1) "Broken Armory" jig inside white cardboard box, found on workbench in garage
One (1) AR-type lower receiver, found on workbench in garage
One (1) green ammunition can with assorted ammunition in garage
One (1) digital scale found on top drawer of plastic dresser in hallway closet
One (1) live rifle round and one (1) spent handgun round found on top drawer of plastic dresser in hallway closet
One (1) clear jar containing suspected Marijuana found on the floor behind pile of clothing in hallway closet

Note: All electric devices that were located at the residence in possession, custody or control of Eric Rodriguez were seized under search warrant No. 2:18-MJ-02964

**Certification** (by officer present during the execution of the warrant)

*I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.*

Date: __November 26, 2018__

_____
*Executing officer's signature*

Jason Hammond Special Agent-ATF
_____
*Printed name and title*

AUSA: Joseph Axelrad (213) 894-7964
Lindsey Dotson (213) 894-4443